IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:07-00220 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| STEVEN BAGGETT, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

A revocation hearing is set in this action for **Friday, February 15, 2013 at 4:00 p.m.**

It is so **ORDERED**.

ENTERED this the 29th day of January, 2013.

WILLIAM J. HAYNES, JR.
Chief United States District Judge